

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00261-CR

Darrick Davon **OLIVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1844
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant's court-appointed attorney filed the appellant's brief in this appeal on August 19, 2014. On August 26, 2014, appellant filed a pro se motion requesting that his court-appointed attorney be dismissed and that new appellate counsel be appointed. "A criminal defendant is not entitled to appointed counsel of choice." *Dunn v. State*, 819 S.W.2d 510 520 (Tex. Crim. App. 1991). Accordingly, the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court